No. 74–1365. JOYNER v. NORTH CAROLINA. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question. Reported below: 286 N. C. 366, 211 S. E. 2d 320.

No. 74–1379. POULSON v. WALSH-GROVES ET AL. Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question. Reported below: 166 Mont. 163, 531 P. 2d 1335.

No. 74–1342. TESCHNER v. CHICAGO TITLE & TRUST Co. ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument. Reported below: 59 Ill. 2d 452, 322 N. E. 2d 54.

No. 74–1347. THOMPSON ET UX. v. PROPERTY TAX APPEAL BOARD OF ILLINOIS ET AL. Appeal from App. Ct. Ill., 2d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Reported below: 22 Ill. App. 3d 316, 317 N. E. 2d 121.

No. 74–6215. WOODS v. GEORGIA. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question. Reported below: 233 Ga. 347, 211 S. E. 2d 300.

*Vacated and Remanded on Appeal*

No. 74–1327. DEMOCRATIC EXECUTIVE COMMITTEE OF COLUMBIANA COUNTY, OHIO, ET AL. v. BROWN, SECRETARY OF STATE OF OHIO. Appeal from D. C. N. D. Ohio. Judgment vacated and case remanded so that a fresh order or decree may be entered from which a timely appeal may be taken to the United States Court of Appeals